IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 2:19-CR-01 |
| v. | § | Judges JRG/RSP |
| | § | |
| MARK MCLEAN FARMER | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

                Violation: 21 U.S.C. § 846
                (Conspiracy to Possess with the Intent to
                Distribute and Distribution of Anabolic
                Steroids)

  Beginning in or about August 2018, the exact date being unknown to the United States Grand Jury and continuing until at least November 2018, in the Eastern District of Texas, the defendant, **Mark McLean Farmer**, did intentionally and unlawfully, combine, conspire, confederate, and agree with others, to violate a law of the United States of America, to wit, 21 U.S.C. § 841(a)(1), prohibiting the possession with intent to distribute and distribution of anabolic steroids, a Schedule III controlled substance.

  In violation of 21 U.S.C. § 846.

**Information – Page 1**

## Count Two

>Violation: 18 U.S.C. § 924 (c) (Use, Carrying, and Possession of a Firearm During and in Furtherance of a Drug Trafficking Crime)

On or about October 30, 2018, in the Eastern District of Texas, the defendant, **Mark McLean Farmer**, did knowingly use and carry one or more firearms during and in relation to, and did knowingly possess the firearms in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute anabolic steroids, as prohibited under 21 U.S.C. § 841(a)(1) and charged in Count Two of this indictment. The firearms was a Heckler and Koch USP9 Compact 9 Caliber Pistol.

In violation of 18 U.S.C. § 924 (c).

>JOSEPH D. BROWN
>UNITED STATES ATTORNEY
>
>*/s/ Colleen Bloss*
>COLLEEN BLOSS
>Assistant United States Attorney
>Texas Bar Number 24082160
>110 N. College Avenue, Suite 700
>Tyler, Texas 75702
>(903) 590-1400
>Colleen.Bloss@usdoj.gov
>
>ATTORNEY FOR THE UNITED STATES

**Information – Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 2:19-CR-01 |
| v. | § § | Judges JRG/RSP |
| MARK MCLEAN FARMER | § § | |

## NOTICE OF PENALTY

### Count One

**Violation:** 21 U.S.C. § 846

**Penalty:** Not more than 10 years' imprisonment, a fine not to exceed $250,000, or both, and a term of supervised release not to exceed 3 years.

**Special Assessment:** $100.00

### Count Two

**Violation:** 18 U.S.C. § 924 (c)

**Penalty:** Imprisonment of not less than 5 years, or more than life, which must be served consecutively to any other term of imprisonment; a fine not to exceed $250,000.00, or both; and a term of supervised release not to exceed five years.

**Special Assessment:** $100.00

**Information – Page 3**