| | | | |
|---|---|---|---|
| CASE NUMBER:  2:19-CR-1-1 | DATE: | January 16, 2020 |
| | LOCATION: | Marshall, Texas |
| USA | | |
| | JUDGE: | Judge Rodney Gilstrap |
| Lucas Machicek for Jim Noble | | |
| Attorney | | |
| | | |
| VS. | DEPUTY CLERK: | Jan Lockhart |
| | CRT. REPORTER: | Shelly Holmes |
| Mark McLean Farmer | USPO: | Bobby Long for Keith Wallace |
| Defendant | INTERPRETER: | |
| Scott Rectenwald | BEGIN: 1:35 p.m. | ADJOURN: 1:50 p.m. |

_____

## SENTENCING MINUTES

☒ Sentencing held  -- Defendant sworn.
☒ Court adopts presentence report in its entirety.
☒ Defendant allocuted

| Count | Custody | Fine | Restitution | Sup. Rel. | CC/CS | W/CT | Special Assess. |
|---|---|---|---|---|---|---|---|
| 1 and 2 of Information | 12 months as to Ct.1 and 60 months as to Ct 2* | waived | N/A | 5 years** | | | $200.00 |
| *The term of imprisonment consists of 12 months on Count 1 and 60 months on Count 2 of the Information terms to run consecutively <br> ** The term of supervised release consists of terms of 3 years on Count 1 and 5 years on Count 2—terms to run concurrently ||||||||

☒ The Court recommends to the Bureau of Prisons that the defendant receive appropriate drug treatment while imprisoned.
☒ Defendant must report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
☒ The Defendant must not commit another federal, state or local crime and must comply with the standard conditions that have been adopted by this Court.  In addition, the defendant must comply with all applicable mandatory and special conditions set forth herein.
☒ Defendant must provide the probation officer with access to any requested financial information for purposes of monitoring the defendant's sources of income.
☒ Defendant must participate in a program of testing and treatment for substance abuse and follow the rules and regulations of that program until discharged.  The probation officer, in consultation with the treatment provider, will supervise the defendant's participation in the program.  The defendant must pay any cost associated with treatment and testing.
☒ Defendant must cooperate in collection of DNA.
☒ The defendant is ineligible for all federal benefits listed in 21 U.S.C. § 862(d) for a period of 5 years from the date of this order.
☒ The Court recommends that the Bureau of Prisons place the Defendant in its facility located in Texarkana, Texas.
☒ Counts remaining in the Indictment are dismissed.
☒ Defendant advised of limited rights to appeal and court appointed counsel.
☒ Defendant remanded to the custody of the U.S. Marshal's Service